UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  20mj03273 O'Sullivan

UNITED STATES OF AMERICA

v.

OSHER MAIMON,
    a/k/a "Adam Levi,"
    a/k/a "adam0041,"
    a/k/a "Adam.Levi29,"

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
    _____ Yes    __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
    _____ Yes    __X__ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?
    _____ Yes    __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Quinshawna S. Landon
Assistant United States Attorney
Fla. Bar No. 99835
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9632
Quinshawna.Landon@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>OSHER MAIMON,<br>a/k/a "Adam Levi," a/k/a "adam0041," a/k/a "Adam.Levi29,"<br>*Defendant(s)* | ) ) ) ) Case No.    20mj03273 O'Sullivan<br>) )<br>) ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    February 2020    in the county of    Miami-Dade    in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercing and Enticing a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Lauren Darden, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Face Time_____ (specify reliable electronic means)

Date:    7/30/2020

_____
*Judge's signature*

City and state:    Miami, Florida    John J. O'Sullivan, Chief United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lauren Darden, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a SA with the FBI since March 2019. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Taskforce. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers and wireless telephones and have discussed and reviewed these materials with other law enforcement officers. I am, therefore, an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, which empowers me to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. This Affidavit is submitted in support of the attached criminal complaint which charges Osher Maimon ("MAIMON") a/k/a "Adam Levi," a/k/a "adam0041," a/k/a "Adam.Levi29" with using a facility and means of interstate commerce, that is the internet, to knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

3. The information set forth in this Affidavit comes from my personal involvement in

this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This Affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against MAIMON for the aforementioned criminal violations.

## FACTUAL BACKGROUND

4. On or about May 13, 2020, the FBI received information that an individual using the alias "Adam Levi" and screennames "adam0041" and "Adam.Levi29," later identified as MAIMON, a 30-year-old male, persuaded and induced a 14-year old girl (hereinafter the "MINOR VICTIM") into sending him sexually explicit pictures and videos over the internet and engaged in sexual acts with the MINOR VICTIM. After interviewing the MINOR VICTIM, and reviewing her messages, the FBI determined the following:

5. On or about February 15, 2020, the MINOR VICTIM met "Adam Levi" on an online dating application called HUD. HUD is a hookup and casual dating application based in New Zealand. The application allows users to sign up anonymously with Facebook or with a mobile number and matches a user with anyone in the user's area. HUD describes itself as a "no pressure way to find dates, FWB, or just a little excitement." According to HUD, it "provides a safe space for [individuals] to talk, flirt, or 'just chill' with like-minded people." The term "FWB" stands for "Friends with Benefits."

6. Once "Adam Levi" and the MINOR VICTIM were matched with one another, the two introduced themselves and the conversation quickly turned to the topic of sex:

adam0041: How old are you?

MINOR VICTIM: Ehhhhh
adam0041: Ehhh?
MINOR VICTIM: Not 18....
MINOR VICTIM: Lol
adam0041: So?
MINOR VICTIM: -4
adam0041: Sexy
adam0041: Lol
MINOR VICTIM: Reeee
MINOR VICTIM: Lol I'm glad ur ok with it
adam0041: I will when I'll be sure your real
adam0041: and not a bot or a cop lol
MINOR VICTIM: Haha
adam0041: Why did you matched me?
adam0041: Are you?
MINOR VICTIM: Usually people think I'm too good to be true but we can video chat and I can show you I'm real =)
adam0041: Yeah we will
MINOR VICTIM: Idk you were the first person to match with me
MINOR VICTIM: I'm into talking to older guys tbh
adam0041: Oh that's make me feel special lol
MINOR VICTIM: Haha
adam0041: Just talk?
MINOR VICTIM: Maybe ; )
MINOR VICTIM: Haha
adam0041: Had sex before?
MINOR VICTIM: Yes
adam0041: With?
MINOR VICTIM: My ex boyfriend
MINOR VICTIM: Who was 16
adam0041: That's it?
MINOR VICTIM: I lost it at 13
MINOR VICTIM: Yea that's it
adam0041: You liked it?
MINOR VICTIM: Yes =)
adam0041: Snap?
MINOR VICTIM: Yea lemme log in I'll lbe right back
adam0041: Ok
adam0041: I'm here
MINOR VICTIM: Ok I'm back
MINOR VICTIM: My snap is XXXXXXXXXXXXX[1]

---

[1] The MINOR VICTIM provided her actual Snapchat username.

3

>MINOR VICTIM: Btw your really cute -=)
>adam0041: You too
>adam0041: Add me

7. According to the MINOR VICTIM, after this exchange, she began talking with "Adam Levi" on the Snapchat application. During that conversation, which occurred over the course of two days, MAIMON asked the MINOR VICTIM to send him pictures, including pictures of her breasts and vagina. The MINOR VICTIM complied. She then suggested that they move their conversation to Instagram, because she felt more comfortable using that platform.

8. Once on Instagram, the MINOR VICTIM and MAIMON, began using the internet video chat feature approximately two times per week. The video chats typically took place between 11:00 pm and 12:00 am. During some of the video chats, MAIMON asked the MINOR VICTIM to masturbate. In others, the two watched each other masturbate.

9. Additionally, MAIMON sent the MINOR VICTIM pictures of himself through direct message. According to the MINOR VICTIM, some of the pictures were of his face, while others were of his penis. In all, MAIMON sent approximately 10-20 pictures. The MINOR VICTIM also sent about 20-30 pictures of herself, some of them nude, at times at the request of MAIMON. On occasion, the MINOR VICTIM received a notification that MAIMON took screen shots of some of the nude pictures that she sent him through the direct message thread.

10. A few days later, while using the video chat MAIMON and the MINOR VICTIM agreed to meet in person for the purpose of having sex. The MINOR VICTIM changed her mind and tried to make up several excuses as to why she was unable to meet him. MAIMON advised the MINOR VICTIM that he had already taken off work and begged her to meet him. The MINOR

4

VICTIM eventually agreed to meet. MAIMON told the MINOR VICTIM that he would be driving a blue SUV and would pick her up in front of her middle school.

11. On or about February 17, 2020, MAIMON, using the username "Adam.Levi29," and the MINOR VICTIM had the following conversation through the direct message feature on Instagram:

> MINOR VICTIM: Adam if you're not gonna reply I can't know for sure if we're going
> MINOR VICTIM: We should do it another day
> Adam.Levi29: Sorry
> Adam.Levi29: We are meeting tomorrow
> Adam.Levi29: Ok?
> Adam.Levi29: ?
> Adam.Levi29: My phone was silent
> Adam.Levi29: What is the address?

MAIMON then began to video chat with the MINOR VICTIM.

12. On or about February 18, 2020, MAIMON picked up the MINOR VICTIM from her middle school. She was wearing a Mickey Mouse sweater and holding a teddy bear. She got in MAIMON's SUV and he took her back to his apartment, which is located at 2145 N.E. 164th Street, Apt 847 in North Miami Beach, Florida. According to the MINOR VICTIM, MAIMON's apartment was right next to the elevator and the interior of the apartment looked modern. She further recalled the apartment having neutral colors, soccer gear, and wedding pictures above the bed and on the refrigerator. She also stated that MAIMON had a Chihuahua.

13. The MINOR VICTIM stayed at MAIMON's apartment from approximately 4:00 pm to 6:20 pm. During that time, they engaged in both oral and vaginal sex. Using what appeared to be an iPhone, MAIM ON took a video of the MINOR VICTIM performing oral sex on him while they were in bed. MAIMON told the MINOR VICTIM that he would delete the video.

14. After they finished having sex, MAIMON dropped the MINOR VICTIM off at a location near the MINOR VICTIM's residence. They continued communicating approximately three times per week after they met. MAIMON asked to meet the MINOR VICTIM around the beginning of May. At some point, MAIMON asked the MINOR VICTIM to find a friend so they could have a threesome. By that time, however, the MINOR VICTIM's family had discovered the MINOR VICTIM was having sex with an older man and reported the incident to the North Miami Beach Police Department. The family provided law enforcement with a screenshot of the Instagram conversation discussed above.

15. The MINOR VICTIM contacted MAIMON to warn him that her parents knew that they had had sex. She advised him to delete all of their conversations from his phone.

16. On or about May 15, 2020, the FBI served an administrative subpoena on HUD, requesting the account information for the MINOR VICTIM's username and "adam0041." On or about May 25, 2020, the chat history associated with the MINOR VICTIM's account included the HUD conversation described above. Law enforcement conducted a forensic examination of the MINOR VICTIM's phone, but did not find the direct message conversations where MAIMON requested sexually explicit pictures of the MINOR VICTIM.

17. On or about June 29, 2020, MAIMON was arrested for state law violations related to his conduct with the MINOR VICTIM. During a post-*Miranda* interview, MAIMON admitted that he talked with the MINOR VICTIM on video chat, sent pictures of his penis, and requested that she send him pictures of her "pussy" and "tits" while using Instagram. MAIMON also stated that he picked the MINOR VICTIM up from middle school, took her back to his apartment, and had oral and vaginal sex with her. At one point, MAIMON denied knowing that she was 14, but when confronted

with the HUD messages above, he stated that he learned about her age after they had sex, despite the fact that the MINOR VICTIM told him that she was 14 during their first conversation.

19. MAIMON further stated that he used the name "Adam Levi" as his online persona. MAIMON said that his Instagram username contained the name "Adam," but he was uncertain of the entire username.

19. On the same date of the interview, law enforcement also executed a search warrant (20-mj-03041-Goodman) on the Defendant's residence and electronic devices, but did not find any communications between MAIMON and the MINOR VICTIM. While conducting the search, however, law enforcement confirmed that the MINOR VICTIM's description of MAIMON's apartment was accurate.

## CONCLUSION

20. Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of MAIMON for coercing and enticing a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Lauren Darden, Special Agent
Federal Bureau of Investigation

Attested to by the Applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by ___Face Time___ this _30_ th day of
July, 2020, in Miami, Florida.

_____
HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

7